# UNITED STATES DISTRICT COURT
### for the

Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTONIO NEVON JENKINS | ) | Case No:  7:23-CR-115-1D |
| | ) | USM No: 88605-510 |

Date of Original Judgment:                10/31/2024

Date of Previous Amended Judgment: _____          Alan DuBois, Federal Public Defender

*(Use Date of Last Amended Judgment if Any)*                       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The court did not apply status points, and defendant was not a zero-point offender. See [D.E. 57].  Thus, the court DENIES defendant's motion to reduce sentence.

Except as otherwise provided, all provisions of the judgment dated      10/31/2024      shall remain in effect.

**IT IS SO ORDERED.**

Order Date:        5/26/26

_____

*Judge's signature*

Effective Date: _____          James C. Dever III, United States District Judge

*(if different from order date)*                       *Printed name and title*